**FILED**

OCT 15 2021

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

In re                              )
                                   )
Keith Remekie                      )        Case No. _____
                                   )        (Chapter _13_)
            Debtor(s).             )

## LIST OF CREDITORS AND MAILING MATRIX

1.    The attached list, serving both as the list required by Rule 1007(a)(1) of the Federal Rules of Bankruptcy Procedure and as the mailing matrix required by the court's Local Bankruptcy Rules, consists of ___1___ pages and a total of ___2___ entities listed.

2.    The attached list contains a true and correct name and address of:

- each of my creditors (those entities required to be scheduled on Schedules D, E, and F, the Schedules of Creditors Holding Claims, in this case),

- each of the parties required to be listed on Schedule G - Executory Contracts and Unexpired Leases, that is, the parties other than myself, to any unexpired lease of real or personal property to which I am a party;

Page 1 of 2

- each entity required to be listed on Schedule H -
  Codebtors (any entity, other than my spouse in a joint
  case, that is also liable on any debts owed to any of
  my listed creditors, including all guarantors and co-
  signers).

I declare under penalty of perjury that the foregoing is true and
correct.

Executed on this  15th  day of  October          ,  2021      by:

_____
Debtor


Executed on this ____ day of _____, _____ by:


_____

Joint Debtor (if joint case filed
by both spouses)

# US Bankruptcy Court Mailing Matrix

Anne Arundel Medical Center

2001 Medical Parkway

Annapolis MD 21401


TSI

PO Box 15630

Wilmington DE 19850