The order below is hereby signed.

Signed: December 17 2021



*Elizabeth L. Gunn*
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | : | |
|     KEITH REMEKIE, | : | Case No. 21-00253-ELG |
| | : | Chapter 13 |
|     Debtor. | : | |
| | : | |

### ORDER DENYING CONFIRMATION OF THE CHAPTER 13 PLAN

Having held a hearing on December 17, 2021, on the Chapter 13 Plan proposed by the Debtor at ECF 18, where the Debtor failed to appear, and having concluded that the proposed Plan does not fulfill the requirements of confirmation set out in 11 U.S.C. §1325; it is, by the United States Bankruptcy Court for the District of Columbia,

ORDERED, that confirmation of the Chapter 13 Plan proposed by the Debtor is denied; and it is further,

ORDERED, that the Debtor is given leave to file an amended plan on or before January 7, 2022; and it is further

ORDERED, that if the Debtor does not file an amended plan on or before January 7, 2022, that the Debtor's case will be dismissed with prejudice as to re-filing for a period of 180 days from entry of the order dismissing case pursuant to 11 U.S.C. §1307 without further notice or a hearing.

I ASK FOR THIS:

/s/Rebecca A. Herr
Rebecca A. Herr
Fed. Bar No. MD0032
Chapter 13 Trustee
185 Admiral Cochrane Dr. Suite 240
Annapolis, MD 21401
(301) 805-4700
bherr@ch13md.com


cc:
Keith Remekie
1715 Kilbourne Pl NW
Washington DC 20010
*Debtor*

Rebecca A. Herr
Chapter 13 Trustee
185 Admiral Cochrane Drive # 240
Annapolis MD 21401

All creditors and parties and interest

**END OF ORDER**