ordpay13 (4/10)



United States Bankruptcy Court for
the District of Columbia
E. Barrett Prettyman U. S. Courthouse
333 Constitution Ave, NW #1225
Washington, DC 20001
(202) 354−3280
www.dcb.uscourts.gov

**In Re**  
Keith Remekie  
**Debtor**

**Case No.** 21−00253−ELG

**Chapter** 13

### ORDER TO PAY FILING FEE IN FULL WITHIN SIXTY DAYS OR MAKE ARRANGEMENTS TO PAY IN INSTALLMENTS
========================================================

On 1/14/2022, the court dismissed the above−captioned case (Dkt. No. 34). At the time of dismissal, however, the debtor(s) still owed $149.00, which the debtor(s) had applied to pay in installments. Even though this case has been dismissed, the debtor(s) still remains liable for the unpaid balance of the filing fee. Accordingly, it is

ORDERED that within 60 days of the entry of this order the debtor(s) shall either:
− pay the outstanding balance due, with interest at a rate of 1% per annum accruing 30 days from the date of this order; or
− make arrangements with the clerk of the court to pay the amount due in installments over a period not to exceed 90 days. It is further

ORDERED that the clerk shall refer such claim on the amount outstanding to the Bureau of Financial Management Services for collection if the debtor fails:
− to make payment of the outstanding balance in full, plus interest, within 60 days; or
− to make arrangements to pay the outstanding balance within 60 days; or
− to make any payment pursuant to an arrangement made with the clerk of the court. It is further

ORDERED that if the filing fee remains unpaid in this case, the debtor will be barred, absent exceptional circumstances, from paying the filing fee in installments in any future cases.

Copies to:
Debtor(s)
Attorney for the Debtor(s)(if any)
Chapter 13 Trustee

Dated: 2/8/22

For the Court:
Angela D. Caesar

By:
jh